No. 67698.—Western European Import Co. and Heemsoth-Kerner Corp. v. United States, protest 61/7030 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.

No. 67699.—May Dept. Stores Co. v. United States, protest 61/8060 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 67700.—Alexanders Dept. Stores, Inc., et al. v. United States, protests 62/6813, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.